This decision of the Supreme Court of New Mexico was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Supreme Court.

## IN THE SUPREME COURT OF THE STATE OF NEW MEXICO

**Filing Date: July 25, 2024**

**No. S-1-SC-35696**

**BROADWAY APARTMENTS,**

     Plaintiff-Appellee,

v.

**RAY VALDEZ,**

     Defendant-Appellant.

**CERTIFICATION FROM THE COURT OF APPEALS**
**Clay Campbell, District Judge**

New Mexico Legal Aid, Inc.
Thomas Prettyman
Albuquerque, NM

for Appellant

Lu Garcia
Pro se
Albuquerque, NM

for Appellee

### DISPOSITIONAL ORDER OF REMAND

**PER CURIAM.**

**{1}** WHEREAS, on February 15, 2016, the Court accepted certification and held this matter in abeyance pending this Court's disposition in *Padilla v. Torres*, No. S-1-SC-35619;

**{2}** WHEREAS, on August 17, 2022, Defendant's counsel filed a Notice of Suggestion of Death;

**{3}** WHEREAS this Court issued an opinion in *Padilla* on February 5, 2024, reversing and remanding that matter to the metropolitan court for a new trial, *see Padilla v. Torres*, 2024-NMSC-007, ¶ 2, 548 P.3d 31;

**{4}** WHEREAS, the Court concludes that the certification question presented in this matter is addressed by the Court's opinion in *Padilla*;

**{5}** WHEREAS, the Court, therefore, exercises its discretion under Rule 12-405(B) NMRA to dispose of this matter by non-precedential order; and

**{6}** WHEREAS, the Court having considered the foregoing and being sufficiently advised;

**{7}** NOW, THEREFORE, IT IS ORDERED that the Court's February 15, 2016, order is WITHDRAWN as to the abeyance;

**{8}** IT IS FURTHER ORDERED that the parties shall file a notice of suggestion of death in the metropolitan court pursuant to Rule 3-403 NMRA; and

**{9}** IT IS FURTHER ORDERED that this matter is remanded to the metropolitan court for further proceedings.

**{10}** **IT IS SO ORDERED.**

**WE CONCUR:**

**DAVID K. THOMSON, Chief Justice**

**MICHAEL E. VIGIL, Justice**

**C. SHANNON BACON, Justice**

**JULIE J. VARGAS, Justice**

**BRIANA H. ZAMORA, Justice**